IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY DURBIN, CHRISTINA DURBIN,
DAVID TIMMS, BEVERLY TIMMS,
DEBBIE HARRIS, JOE HUDSON, and JANICE VANN                     PLAINTIFFS

v.                       Case No. 3:14-cv-00052-KGB

CITY OF WEST MEMPHIS, ARKANSAS,
JOHN RIMMER, In his official capacity as general
manager of the West Memphis Utility Commission,
DANA PARKER, In his official capacity as the
chairman of the West Memphis Utility Commission,
WILLIE BRUCE, LOUTELIOUS HOLMES,
JOHN ROSS, SUSAN MARSHALL, BILL BECK, and
CARL HOLDEN in their official capacity as
Commissioners on the West Memphis Utility Commission          DEFENDANTS

## ORDER

The parties have filed a stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 13). Accordingly, this case is dismissed with prejudice. Each party will be responsible for his, hers, or its own costs and attorney's fees.

SO ORDERED this the 4th day of June, 2015.

_____
Kristine G. Baker
United States District Judge